1 | JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2 | 1670 SANTA ANA AVE., SUITE "K"
Telephone: (949) 722-0055
3 | Fax: (949) 722-8416

4 | Attorney for: PLAINTIFF

5

6

7 | UNITED STATES DISTRICT COURT

8 | CENTRAL DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,          No. CV A 12-6466

11 |                Plaintiff,

12 |       vs.                          CONSENT JUDGMENT

13 | TERENCE DUANE ALDREGE,

14 |                Defendant

15

16 |     Pursuant to the above stipulation of the parties,

17 | Judgment is hereby entered in favor of Plaintiff, UNITED

18 | STATES OF AMERICA, against Defendant, Terence Duane Aldrege,

19 | in the principal amount of $1,500.00 plus interest accrued

20 | to July 24, 2012, in the sum of $1,357.36; with interest

21 | accruing thereafter at 5% annually until entry of judgment,

22 | for a total amount of  $2,857.36.

23

24 | DATED: ___8/21/2012___         By:___TERRY NAFISI___
                                       Clerk of the Court
25

26
                                       L. RAYFORD
27                                     _____
                                       Deputy Clerk
28                                     United States District Court