JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE "K"
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERENCE DUANE ALDREGE,<br><br>Defendant | No. CV A 12-6466<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Terence Duane Aldrege, in the principal amount of $1,500.00 plus interest accrued to July 24, 2012, in the sum of $1,357.36; with interest accruing thereafter at 5% annually until entry of judgment, for a total amount of **$2,857.36**.

DATED: 8/21/2012

By: TERRY NAFISI
Clerk of the Court

L. RAYFORD
Deputy Clerk
United States District Court